United States District Court
Southern District of Texas
**ENTERED**
November 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **RASHIDI-MUBELELA DONNEL,** | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00873** |
| | § | |
| **WARDEN D.C. COLEN, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |
| | § | |

## ORDER

On July 22, 2026, the Court granted in part Petitioner Rashidi-Mubelela Donnel's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and ordered Respondents to provide Petitioner with an individualized custody review before an immigration judge (IJ) at which the Government bore the burden of proving, by clear and convincing evidence, that Petitioner presents a risk of flight or a danger to the community within 7 days, or else release Petitioner. (Dkt. 19.)

On August 25, 2026, Petitioner filed a Motion to Enforce the Court's July 22, 2026 Order. (Dkt. 24.) Petitioner argues that the custody hearing held on July 27, 2026 did not comply with the Court's July 22, 2026 Order. (*Id.* at 1.) Specifically, Petitioner alleges that he was not given adequate notice of his hearing and therefore could not obtain the necessary documents prior to his hearing; the IJ refused Petitioner's counsel to represent him during his bond hearing; and the IJ's determination that Petitioner is a flight risk rests on an incomplete evidentiary record because Petitioner could not present documentary evidence due to the lack of adequate notice. (*Id.* at 1–4.) On September 10, 2026, Respondents filed their Opposition to Petitioner's Motion to Enforce,

(Dkt. 25), and on October 6, 2026, Petitioner filed a Reply in Support of His Motion to Enforce, (Dkt. 26).

Accordingly, Respondents are hereby **ORDERED** to supplement their position that the bond hearing held on July 27, 2026, complies with the Court's July 22, 2026 Order and provide a transcript or recording of the bond proceedings and copy of the accompanying evidentiary submissions to the Court. The Court acknowledges that Respondents filed their Opposition to Petitioner's Motion to Enforce, (Dkt. 25), but notes that their response does not cite to Petitioner's bond hearing but instead cites to the IJ's order denying Petitioner bond. The supplement is due on or before **December 1, 2026**.

The Clerk of Court is also **DIRECTED** to mail Petitioner a copy of this Order by any receipted means to the following address:

**Rashidi-Mubelela Donnel**
**A # 221-351-273**
**Rio Grande Detention Center**
**1001 San Rio Boulevard**
**Laredo, TX 78046**

IT IS SO ORDERED.

SIGNED this November 19, 2026.

Diana Saldaña
United States District Judge